FILED ___ LODGED
RECEIVED
DEC 10 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WAI HON CHONG, ) <br> ) <br> Defendant. ) | CASE NO. CR98-5241JET <br><br> ORDER TO QUASH <br> ARREST WARRANT |

Upon consideration of the Government's Motion to Quash Warrant, and any response thereto, IT IS HEREBY ORDERED that the arrest warrant herein is hereby QUASHED.

Dated this 10th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
LAWRENCE LINCOLN
Assistant United States Attorney

Order to Quash Warrant/Wai Hon Chong
CR98-5241JET

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970