FILED ___ LODGED
___ RECEIVED
DEC 10 2009
CLERK ...
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR98-5241JET |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| WAI HON CHONG, | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court on the Government's Dismissal Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, leave of Court is hereby GRANTED for dismissal of the Indictment filed on June 3, 1998, against the defendant WAI HON CHONG.

DATED this 10th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
LAWRENCE LINCOLN
Assistant United States Attorney

ORDER OF DISMISSAL/WAI HON CHONG
CR98-5241JET

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970